No. 30. MRS. WILLIAM F. HARDIN ET AL., PLAINTIFFS IN ERROR, *v.* COTTONWOOD LUMBER COMPANY. In error to the Supreme Court of the State of Arkansas. Submitted October 30, 1907. Decided November 4, 1907. *Per Curiam.*

Judgment affirmed with costs. *Soper* v. *Lawrence Bros.*, 201 U. S. 359; *Turner* v. *New York*, 168 U. S. 90; *Lumber Company* v. *Hardin*, 78 Arkansas, 95; *Towson* v. *Denson*, 74 Arkansas, 302. *Mr. John W. Blackwood* for plaintiff in error. *Mr. John B. Jones* and *Mr. William L. Terry* for defendant in error.